# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SELBY KEAN THOMPSON

VERSUS

ROBERT MASON THOMPSON, III

NO.   2022 CW 0017

**MARCH 16, 2022**

---

In Re:   TB Services, LLC, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 226,162.

---

**BEFORE:   GUIDRY, McCLENDON, THERIOT, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMG**
**PMc**
**MRT**

**Holdridge and Chutz, JJ.**, dissent and would grant the writ application.   The district court should conduct an in camera inspection of all documents responsive to a discovery request directed to a non-party and redact all confidential and irrelevant materials prior to production to the requesting party.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT